| | |
|---|---|
| 1 | GILBERT, KELLY, CROWLEY & JENNETT LLP |
| | ARTHUR J. MCKEON, III, Bar No. 082540 |
| 2 | REBECCA J. SMITH, Bar No. 150428 |
| | 1055 West Seventh Street, Suite 2000 |
| 3 | Los Angeles, California  90017-2577 |
| | Telephone:  (213) 580-7000 |
| 4 | Facsimile:  (213) 580-7100 |
| 5 | Attorneys for Defendants |
| | REALEC TECHNOLOGIES and FIDELITY |
| 6 | NATIONAL INFORMATION SERVICES |

JS-6

SESSIONS & KIMBALL LLP
HEIDI D. HUTCHINSON, Bar No. 096820
23456 Madero, Suite 170
Mission Viejo, CA  92691
Telephone:  (949) 380-0900
Facsimile:    (949) 380-8283

Attorneys for Plaintiff
JR JOHNSON

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| JR JOHNSON, an individual, | Case No. SACV09-157 JVS (ANx) |
| Plaintiff, | Assigned for All Purposes To: |
| | Judge:  Hon. James V. Selna |
| v. | Ctrm:   10C |
| REALEC TECHNOLOGIES; FIDELITY NATIONAL INFORMATION SERVICES, | **ORDER OF DISMISSAL** |
| Defendants. | |

IT IS ORDERED this case is dismissed in its entirety with prejudice.

Dated:  December 17, 2009

/s/ James V. Selna
Hon. James V. Selna
Judge, United States District Court

Gilbert, Kelly
Crowley & Jennett LLP
*Attorneys at Law*

1931933.1   28152-00002  SMM